UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THELMA WINSTON, et al.,

                Plaintiffs,

-against-

PINE VALLEY CENTER FOR
REHABILITATION AND NURSING,

                Defendant.

**ORDER**

20-CV-04006 (PMH)

PHILIP M. HALPERN, United States District Judge:

    It is hereby **ORDERED** that *Pine Valley Center, LLC d/b/a Pine Valley Center for Rehabilitation and Nursing v. Local 679, Stationary Engineers, Firemen, Maintenance and Building Service Union, R.W.D.S.U., AFL-CIO*, Case No. 20-CV-06645, is consolidated into the above-captioned case—the first filed case—for all purposes, pursuant to Rule 13(c)(1) of the Southern District Rules for the Division of Business Among District Judges.

    The Civil Case Discovery Plan and Scheduling Order filed in the above-captioned case (Doc. 20) is adopted for both matters.

    An Order of Reference to Magistrate Judge Davison shall be docketed separately.

Dated:   New York, New York
           October 1, 2020

                                            PHILIP M. HALPERN
                                            United States District Judge